**In re PETITION TO SUBMIT BALLOT QUESTION TO CONCORD TOWNSHIP VOTERS.**

**Colette Brown, Petitioner.**

**Dominic Pileggi, Kevin O'Donaghue, Robert Judge, Augustine Albino, Joseph Albino, Patricia Ausman, Christina Lambert, and Delaware County Board Of Elections, Respondents.**

Supreme Court of Pennsylvania.

Oct. 6, 2015.

*ORDER*

PER CURIAM

**AND NOW,** this 6th day of October, 2015, Petitioner's "Emergency Application

for Extraordinary Relief" is hereby DE-NIED.